Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
Southern District of FLORIDA
_____ Division

FILED BY JB D.C.

JAN 17 2020

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Regina Lee Dawn Kelley
_____
Plaintiff(s) PRO SE
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

KAHOOTZ BAR/GRILL and
the Owner Tom Hoover
_____
Defendant(s)
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

Case No. _____
(to be filled in by the Clerk's Office)

20-cv-14018-Rosenberg/Maynard

Jury Trial: (check one) ☐ Yes ☒ No

## COMPLAINT FOR A CIVIL CASE

I. The Parties to This Complaint

   A. The Plaintiff(s) Regina Lee Dawn KELLEY PRO SE

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

      Name   Regina Lee Dawn Kelley ProSE
      Street Address   4869 NE 122 Drive
      City and County   Okeechobee
      State and Zip Code   FLORIDA 34972
      Telephone Number   1-863-801-1788 Additional phone 1-314-954-5187
      E-mail Address   NONE * Exclude any and ALL Prior Phone, Emails and Addresses listed in Prior Filings.

   B. The Defendant(s)

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

KAHOOTZ BAR/Grill and the OWNER
Tom HOOVER and employees
702 NW PARK St Okeechobee Florida 34972
1 863 610 1997

Page 1 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1
  Name: Kahootz Bar and Grill (Tom Hoover)
  Job or Title (if known): owner
  Street Address: 702 NW Park St
  City and County: Okeechobee Fla (okeedo 34972)
  State and Zip Code: 34972
  Telephone Number: 1 863 610 1997
  E-mail Address (if known): Don't Know

works @ Kahootz 7Am to 3pm MTWTFS aprox

Defendant No. 2
  Name: Lisia works @ Kahootz (Tom Hoovers girlfriend)
  Job or Title (if known): waitress and Tom Hoovers girlfriend
  Street Address: unknown
  City and County: unknown
  State and Zip Code: unknown
  Telephone Number: unknown
  E-mail Address (if known): unknown

works @ Kahootz 10A - 4pm MTWTF aprox

Defendant No. 3
  Name: Dave Dixion (Dayshift at Kahootz)
  Job or Title (if known): Kitchen Manager
  Street Address: unknown
  City and County: Okeechobee FL
  State and Zip Code: Flo 34972
  Telephone Number: unknown
  E-mail Address (if known): unknown

works @ Kahootz 7A to 3pm MWTFS

Defendant No. 4
  Name: Mich (works for Kahootz) Cook Nightshift
  Job or Title (if known): Cook
  Street Address: unknown
  City and County: Okeechobee
  State and Zip Code: Florida 34972
  Telephone Number: unknown
  E-mail Address (if known): unknown

works @ Kahootz Nightshift 4-10p

Defendant No. 1
- Name: Debbie   works @ Kahootz
- Job or Title (if known): Waitress
- Street Address: unknown
- City and County: Okeechobee
- State and Zip Code: FLA 34974
- Telephone Number: unknown
- E-mail Address (if known): unknown

works @ Kahootz night shift 5pm to —

Defendant No. 2
- Name: Misty   waitress @ Kahootz
- Job or Title (if known): Waitress
- Street Address: unknown
- City and County: unknown
- State and Zip Code: unknown
- Telephone Number: unknown
- E-mail Address (if known): unknown

works @ Kahootz nights 4pm — 10,11,12p

Defendant No. 3
- Name:
- Job or Title (if known): ~~waitress~~
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 4
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[X] Federal question          [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

EEOC

B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual
      The plaintiff, *(name)* Regina Lee Dawn Kelley, is a citizen of the State of *(name)* Florida.

   b. If the plaintiff is a corporation
      The plaintiff, *(name)* Not a Corporation, is incorporated under the laws of the State of *(name)* _____,
      and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual
      The defendant, *(name)* Kahootz Bar/grill and Tom Hoover, is a citizen of the State of *(name)* Florida. Or is a citizen of *(foreign nation)* America USA.

Page 3 of 5

  b. If the defendant is a corporation
  The defendant, (name) Tom Hoover, is incorporated under the laws of the State of (name) Florida, and has its principal place of business in the State of (name) Florida
  Or is incorporated under the laws of (foreign nation) America USA, and has its principal place of business in (name) Okeechobee Florida
  702 NW Park St Okeechobee Florida
  (If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)

3. The Amount in Controversy

  The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because (explain):
  75,000°°

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

The 2cd or 3rd week of July after the initial HIRE of Plaintiff, Tom Hoover (owner) started Sexually touching Regina (Plantiff) on Brest, Vigina, and Butt, as well as calling wanting Sex, and other Sexual activities, Regina Said No, and Tom Hoover, Became Mean, and Dave too, and Tom Hoover cut Reginas hours by one Day and two hour each day, and was hostal to Regina.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

1) Tom Hoover cut Reginas hours from $9^{30}-3 \times 5$ mt to TF = $32\frac{1}{2}$ $\times 9 = 292^{00}$
To Regina only working $10^t-1^{30}p$ $3\frac{1}{2} \times 4$ m to T = 14 hr $\times 9 = 126^{00}$
Reginas Pay went From $292^{00}$ per wk to $126^{00}$ per wk
2) Tom Hoover and Dave Dixon, and Lisa, Tom Hoovers girlfreind Harrased Regina every day, yelled at Regina, made Regina do extra work, while the others did not. Suffrage total $70,000^{00}$ and Tom Hoover did not give Regina the Job She was hired for 40 hrs a Cook, all combined 75,000°°

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: January Seventeen Twenty Twenty

Signature of Plaintiff: Regina LD Kelly Pro Se

Printed Name of Plaintiff: Regina Lee Dawn Kelley

### B. For Attorneys    Plantoff Pro Se

Date of signing: Jan 15 2020

Signature of Attorney: Regin Kelly Pro Se

Printed Name of Attorney: Regina Kelley

Bar Number: —

Name of Law Firm: —

Street Address: 4869 NE 122 Dr

State and Zip Code: Okeechobee FLA

Telephone Number: 1 863-801-1788

E-mail Address: NONE

Additional Phone # Message Service for Regina Kelley / 314-954-5187

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | [ ] FEPA<br>[X] EEOC | 510-2020-00426 |

Florida Commission On Human Relations and EEOC
*State or local Agency, if any*

| Name *(indicate Mr., Ms., Mrs.)* | Home Phone *(Incl. Area Code)* | Date of Birth |
|---|---|---|
| Ms. Regina Kelley | (863) 801-1788 | 1967 |

Street Address: 4869 N.E. 122nd Drive, Okeechobee, FL 34972

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| KAHOOTZ DRAFT HOUSE | 15 - 100 | 863-610-1997 |

Street Address: 702 N.W. Park St, Okeechobee, FL 34972

DISCRIMINATION BASED ON *(Check appropriate box(es).)*
[ ] RACE  [ ] COLOR  [X] SEX  [ ] RELIGION  [ ] NATIONAL ORIGIN
[X] RETALIATION  [ ] AGE  [ ] DISABILITY  [ ] GENETIC INFORMATION
[ ] OTHER *(Specify)*

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 07-08-2019    Latest: 10-17-2019
[X] CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s))*:

My sex is (Female), I was hired on June 9, 2019 as a Cook. Since I began working at this restaurant, I was subjected to repeated sexual harassment by Owner, Tommy Hoover. I was subjected to constant sexual request, and physical touching and verbal assaults. I denied his advancement and when I did that, my hours were cut down from 25 hours per week to 20 hours per week. When I asked him why my hours were cut, I was told because labor cost was too high, However, immediately afterwards, Mr. Hoover hired Jeremy and Ernie as cooks. I am still working under constant pressure from Mr. Hoover to engage in sexual encounter. For instance, Mr. Hoover, has grabbed by breast, anus and my vagina while at work. I have also been bullied by his fiancé Lisa (LNU) while working at the facility.

When, I told Mr. Hoover to stop harassing me, I was told that I was reading into it, and immediately my work hours were cut.

I believe that I have been discriminated and retaliated against because of my sex (Female) in violation of Title VII of the Civil Rights Act of 1964, as amended, and retaliated against for participating in an activity protected by Title VII.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Oct 21, 2019    *Regina Kelley*
Date    Charging Party Signature

NOTARY – *When necessary for State and Local Agency Requirements*

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
*(month, day, year)*



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Miami District Office**

Miami Tower
100 SE 2nd Street, Suite 1500
Miami, FL 33131
Intake Information Group: (800) 669-4000
Intake Information Group TTY: (800) 669-6820
Miami Direct Dial: (305) 808-1740
FAX (305) 808-1855
Website: www.eeoc.gov

October 21, 2019,

On dated stated above,

I Regina Kelley, acknowledge that I was counseled by Investigator Michael Mathelier during the intake process. I was informed that my charge would be drafted, however my charge would not be investigated. However, I was counseled that I would be issued an immediate Notice of Rights to Sue. Once I have been issued the Right to Sue, I will have 90 days from the date of issuance to proceed to court immediately.

Sincerely,

Thank you,

*Regina Kelley*
Regina Kelley