(Rev. 10/2002) General Document

# UNITED STATES DISTRICT COURT
## Southern District of Florida

Case Number: 2:20-CV-14018

ROSENBERG/MAYNARD

Regina Kelley Pro SE

Plaintiff(s)

v.

Tom Hoover
Owner of Kahootz Bar and Grill

Defendant(s)

FILED BY ___ /S/ ___ D.C.
FEB 11 2020
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## AMENDED COMPLAINT
(TITLE OF DOCUMENT)
And Request for extention of time,

Comes Now Plaintiff Regina Kelley plaintiff or defendant, in the above styled cause, to AMEND Complaint filed on January 17th 2020, To Comply with the ORDER GRANTING MOTION TO PROCEED In Forma Pauperis and dismissing Complaint without Prejudice And with Leave to AMEND, Judge and ORDERD by Your Honorable Judge Rosenberg and Maynard on the 29th day of January 2020.
*Plaintiff has Also File for extention of Sufficient time.
The Following 04 Counts have been Corrected.
1. Rule 15(a)(1)(B)(2)
2. Civil Cover sheet was incorrectly answered, Plaintiff has left the Juristiction Blank, due to the hampery of oppotunities to obtaine information with phone and computer. (For unknow reasons)
3. the lack of Statutes and Rules that Govern aligations of Sextual discrimination and Retaliation

Pg one of                    Cont

(Rev. 10/2002) Complaint

pg two of
(Statement of Facts)

(3) the statuets that are in violation by the employer are as follows:

(A) quid pro qua (29 CFR §1604.11(a))
Tom HOOVER on 5 accasions stood and or sat next to Plantiff and aggressivly made plantiff watch a XXX Pornagrafic Web Page on TomHoovers Phone.

(B) quid pro qua and hostile envorement, 29 CFR §1604.11(a)(2), [ 29 CFR 1604.11(a)(3), Each time Plantiff declined defendance Sexual harrasments advancements, Defendant would yelled and degrade plantiff even cutting plantiffs hours on work schedual And reducing Pititners work hours daily stating Defendent had to Lower Labor, But Defendant continued to hire others to take the hours and work the hours Defendant took away from Plantiff.

(4) the only Defendent is Tom Hoover.

(5) Plantiff has attached the Right to Sue letter EEOC the Plantiff has also filed a Motion for extention a sufficiant amout of time to complete the Amended Complaint attached, is the ORDER.

Plantiff Regina Kelley Prose
4869 122 NE Drive
Okeechobee FL 34972

Defendant: Tom Hoover (owner of Kahootz Bar/Grill)
702 NW Park St
Okeechobee FL 34972

Filed: Febuary Eleven 2020    Regina Kelley Prose

(Statement of Facts)

① Plantiff has requested to be granted a 30 day extention of time. Plantiff has hardship of the Following Resons,
1. Plantiff Dose not have access to a computer, and dose not have a working Phone to obtain statues and Rules. Persuent to Fed and Rule 6(b) Titled "extended time", and Rule 6(b)(1)(A)(B)

② Plantiff is also Pro Se and Dose not have the training and or Legal Knowlege.

Filed Attached Request for a 30 day Extention of Time, as to help releive the Hardship of maintaining the Courts Rules and Proceedures, as Plantiff has to find a way of obtaining the Knowlege to accomidate the Federal Courts Requirements.

Attached This day Feb Eleven 2020

4868 NE 122 Dr,
Okeechobee FLA 34972

Regina Kelly Pro SE